THE PEOPLE ex rel. THE BOARD OF EDUCATION, Respondent, *v.* ANDREW H. GREEN, Comptroller, etc., Appellant.

(Argued June 20, 1876; decided September 19, 1876.)

THIS case presented the same question and was decided upon authority of *People ex rel.* v. *Tappan* (*supra*).

*D. J. Dean* for the appellant.

*William Herring* for the respondent.

FOLGER, J., reads for reversal of order of General Term and affirmance of order of Special Term.

All concur; ANDREWS, J., absent.

Ordered accordingly.